KAEMPFER CROWELL
Louis M. Bubala III, Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

OLIVER WOOD LAW, PLLC
Oliver Wood
(will comply with LR IA 11-2 within 14 days)
P.O. Box 581312
Salt Lake City, Utah 84158
Telephone: (206) 351-5320
Email: ofinnwood@gmail.com

KAEMPFER CROWELL
Isabella R. Goldsmith, Bar No. 16870
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: igoldsmith@kcnvlaw.com

Attorneys for Plaintiffs
Native Ecosystems Council, Alliance for the
Wild Rockies, and WildLands Defense

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and WILDLANDS DEFENSE,<br><br>Plaintiffs,<br><br>vs.<br><br>JON STANSFIELD, in his official capacity as forest supervisor of the Humboldt-Toiyabe National Forest, and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. 2:26-cv-00331<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

22297.00001

Oliver Wood, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Oliver Wood Law, PLLC with offices at 2239 N Pinecrest Canyon Road, Salt Lake City, Utah, 84158, mailing address at P.O. Box 581312 Salt Lake City, Utah 84158, telephone number of (206) 351-5320, and email address of ofinnwood@gmail.com.

2. That Petitioner has been retained personally or as a member of the law firm by Plaintiffs Native Ecosystems Council, Alliance for the Wild Rockies, and WildLands Defense to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 14, 2020, Petitioner has been and presently is a member in good standing of the bar or highest Court of the State of Utah where Petitioner regularly practices law. Since January 7, 2020, Petitioner has been and presently is a member in good standing of the bar or highest Court of the State of Montana where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the Petitioner has been admitted to practice law certifying the Petitioner's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Montana | 5/5/2021 | N/A |
| District of Utah | 4/11/2024 | N/A |

22297.00001

Page 1 of 8

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Montana, admitted January 7, 2020, Bar # 60829289

State Bar of Utah, admitted May 14, 2020, Bar # 17474

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Tile of Court, Administrative Body or Arbitrator | Was Applicated Granted or Denied |
|---|---|---|---|
| None. |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

KAEMPFER CROWELL

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF UTAH            )
                         )
COUNTY OF SALT LAKE      )

Oliver Wood, Petitioner, being first duly sworn, deposes and says:

That the forgoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

9th day of February, 2026

_____
Notary Public or Clerk of Court

JAMES WALSMAN
Notary Public - State of Utah
Commission # 742569
My Commission Expires
April 16, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Louis M. Bubala III, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

the law firm of Kaempfer Crowell with offices at 50 W. Liberty Street, Suite 1100, Reno, Nevada 89501, telephone number of (775) 852-3900, and email address of lbubala@kcnvlaw.com.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Louis M. Bubala III as their Designated Resident Nevada Counsel in this case.

Native Ecosystems Council

Signature: _/s/ Sara Johnson_

Print Name: SARA Johnson

Title: Director

[Remainder of page intentionally left blank.]

Continuation of signature blocks.

2-5-26

Alliance for the Wild Rockies

Signature: *Michael Garrity*

Print Name: Michael Garrity

Title: Executive Director

[Remainder of page intentionally left blank.]

Continuation of signature blocks.

WildLands Defense

Signature: _/s/ Katie Fite_

Print Name: KATIE FITE

Title: PUBLIC LANDS DIRECTOR

[Remainder of page intentionally left blank.]

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

 8974
Bar Number

lbubala@kcnvlaw.com
Email address

APPROVED:

Dated: this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL

22297.00001

Page 7 of 8

**EXHIBIT INDEX**

Exhibit 1:   Utah State Bar Certificate of Good Standing

Exhibit 2:   State Bar of Montana Certificate of Good Standing