KAEMPFER CROWELL
Louis M. Bubala III, NV Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

OLIVER WOOD LAW, PLLC
Oliver Wood, UT Bar No. 17474
*Has complied with LR IA 11-2*
P.O. Box 581312
Salt Lake City, Utah 84158
Telephone: (206) 351-5320
Email: ofinnwood@gmail.com

Isabella R. Goldsmith, NV Bar No. 16870
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: igoldsmith@kcnvlaw.com

Attorneys for Plaintiffs
Native Ecosystems Council, Alliance for the
Wild Rockies, and WildLands Defense

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and WILDLANDS DEFENSE, <br><br> Plaintiffs, <br><br> vs. <br><br> JON STANSFIELD, in his official capacity as forest supervisor of the Humboldt-Toiyabe National Forest, and UNITED STATES FOREST SERVICE, <br><br> Defendants. | Case No. 2:26-cv-00331-CDS-DJA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

IT IS HEREBY stipulated by and between the undersigned, subject to the approval of the Court, that the Court set deadlines for Plaintiffs filing their amended complaint and Federal Defendants filing their responsive pleadings. Counsel for Plaintiffs and Defendants (the "Parties"), having met and conferred, hereby agree to the proposed schedule for filing pleadings.

KAEMPFER
CROWELL

22297.00001

1.    The Parties agree that Plaintiffs will file their amended complaint by April 15, 2026. This amended complaint does not require leave of court under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

2.    The Parties agree that Federal Defendants will have until June 1, 2026, to file their responsive pleading in the case. The Parties recognize and agree that this timeline is longer than the fourteen days Rule 15(a)(3) of the Federal Rules of Civil Procedure permits, though this is necessary for Federal Defendants to coordinate their response with the federal agencies. Should Defendants require more time to respond to the Amended Complaint, the Parties agree to confer.

3.    The Parties will meet and confer within 14 days of Federal Defendants filing their responsive pleading to propose a joint case management plan and briefing schedule for the Court.

Dated this 14th of April 2026

KAEMPFER CROWELL

_/s/ Louis M. Bubala III_

Louis M. Bubala III
Isabella R. Goldsmith

OLVER WOOD LAW PLLC
Oliver Wood

Dated this 14th April 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

_/s/ Krystal-Rose Perez_

Krystal-Rose Perez, Trial Attorney
TX Bar No. 24105931
Natural Resources Section
150 M St. NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:    4/16/2026
_____

KAEMPFER
CROWELL

22297.00001

Page 1 of 1