**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and WILDLANDS DEFENSE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **Case No. 2:26-cv-331-CDS-DJA** |
| JON STANSFIELD, in his official capacity as Forest Supervisor of the Humboldt-Toiyabe National Forest, UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants move this Court to enlarge the time to respond to Plaintiffs' Amended Complaint, Dkt. No. 26.  In support of this Motion, Defendants state the following:

1.     Plaintiffs filed their Amended Complaint on April 16, 2026, and the parties agreed to confer if Defendants required more time to respond than the proposed deadline of June 1, 2026.  *See* Dkt. Nos. 24, 25.

2.     Defendants seek to enlarge the time to file their answer by four days to June 5, 2026.

3.     Under Rule 6, the Court "may, for good cause extend the time" for Defendants to respond to Plaintiffs' Amended Complaint.  Fed. R. Civ. P. 6(b)(1).

4.     "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th

Cir. 2010) ("[R]equests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'").

5.    Good cause exists here because Defendants are confirming some of the factual allegations made in Plaintiffs' Amended Complaint and will have to submit the draft answer to reviewing officials at the Department of Justice.  Then, Defendants' Answer will be finalized and ready for filing.

6.    Counsel for Defendants conferred with Plaintiffs' counsel, who represented that Plaintiffs do not oppose Defendants' request for an enlargement of time of four days.

7.    No party will be unduly prejudiced by this request for a modest enlargement of time.

For the reasons stated above, Defendants request that the Court enlarge the time for Defendants to respond to Plaintiffs' Amended Complaint by four days from Monday, June 1, 2026, to Friday, June 5, 2026.

Respectfully submitted this 28th day of May 2026.

ADAM GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ, Trial Attorney
Natural Resources Section
ELIZABETH A. KIRBY, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
Tel: (202) 532-3266 (Perez)
Tel: (202) 353-5588 (Kirby)
Krystal-rose.perez@usdoj.gov
Elizabeth.kirby@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: 5/29/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE