ADAM GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ, Senior Trial Attorney
Natural Resources Section
ELIZABETH A. KIRBY, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
Tel: (202) 532-3266 (Perez)
Tel: (202) 353-5588 (Kirby)
Krystal-rose.perez@usdoj.gov
Elizabeth.kirby@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and WILDLANDS DEFENSE,

Plaintiffs,

v.

JON STANSFIELD, in his official capacity as Forest Supervisor of the Humboldt-Toiyabe National Forest, UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency,

Defendants.

**Case No. 2:26-cv-331-CDS-DJA**

**Stipulation and Proposed Order For Briefing Schedule —** SPECIAL SCHEDULING REVIEW REQUESTED

Pursuant to the Court's July 17, 2026, Minute Order directing the parties to submit a briefing schedule, Dkt. No. 35, the parties file this Stipulation and Proposed Order. The parties agree that this action seeks review of an administrative action and is subject to an entry of an order establishing a briefing schedule under Local Rule 16-1(c). In the interest of prompt and expeditious

resolution of the litigation, the parties have conferred and respectfully request that the Court enter the following scheduling order to govern the next steps of litigation:

**<u>Proposed Scheduling Plan:</u>**

1. By **September 9, 2026**, Defendants will transmit the administrative record to Plaintiffs by USB drive.
2. On or before **September 23, 2026**, Plaintiffs shall notify Defendants whether they believe the administrative record is complete or requires supplementation with additional materials, whether they believe any exceptions to record review are applicable, whether they believe there is a need for judicial review of extra-record materials, and/or whether they believe there is a need for discovery. If there is a dispute over any of these issues, the parties will attempt to negotiate a resolution by **October 28, 2026.**
3. Plaintiffs shall request leave to file any amended pleadings by **October 16, 2026**.
4. Any motion regarding the administrative record shall be filed by **November 12, 2026**.
5. Within **14 days** of either a Court order on a party's record dispute motion or any resolution reached by the parties, the parties shall file a joint motion to reset the summary judgment briefing schedule, which will propose new dates for summary judgment briefing.
6. If no motions are filed related to the administrative record, the parties agree to the following summary judgment briefing schedule:
    a. Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **November 19, 2026**.

b. Defendants shall file their Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment on or before **January 14, 2027**. This gives Defendants 56 days to file their Opposition, which is 35 days longer than the timelines set forth in Local Rule 7-2(b).

c. Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **February 25, 2027**. This gives Plaintiffs 42 days to reply to Defendants' Opposition brief, which is 28 days longer than the timelines set forth in Local Rule 7-2(b).

d. Defendants shall file their Reply in Support of their Motion for Summary Judgment on or before **March 18, 2027**. This gives Defendants 21 days to file their reply, which is 7 days longer the timelines set forth in Local Rule 7-2(b).

e. As described in the summary judgment briefing schedule set forth above, the parties agree to amend the timeline provided in Local Rule 7-2(b) by lengthening the response and reply deadlines to take into account the winter holidays. Under Local Rule 7-2(b) the standard timeline to brief a motion of summary judgment is 21 days after service for an opposition and then 14 days for a reply.

f. Page limits will comply with Local Rule 7-3.

**<u>Proposed Discovery Plan:</u>**

1. **Initial Disclosures:** Plaintiffs bring claims under the National Environmental Policy Act, National Forest Management Act, Endangered Species Act, Freedom of Information Act, and the Administrative Procedure Act (APA), challenging Federal

Defendants' decision to approve the Humboldt-Toiyabe National Forest Forestwide Prescribed Fire Restoration Project. The parties agree that these claims shall be resolved following the lodging and review of an administrative record. This case is therefore exempt from initial disclosures under Fed. R. Civ. P. 26(a)(1)(B)(i).

2. **Amending the Pleadings and Adding Parties:** Plaintiffs filed their Complaint on February 10, 2026 and their First Amended Complaint on April 16, 2026. Plaintiffs do not expect to add any additional parties. At this time, Plaintiffs believe it unlikely they will seek to further amend the pleadings but cannot rule it out until after the administrative record is lodged.

3. **Discovery:** This case will be decided on an administrative record. Consequently, the parties do not anticipate conducting fact discovery or expert discovery.

4. **Electronically Stored Information:** As discussed above, Federal Defendants plan to lodge the administrative record with the Court on electronic media with a USB drive.

5. **Issues Related to Privilege or Protection:** Because this case will be decided on an administrative record, the parties do not anticipate seeking entry of a protective order in this matter.

6. **Dispositive Motions:** The parties agree that this case will be resolved on cross motions for summary judgment.

7. **Pretrial Order and Disclosures:** The parties agree that this case will be resolved on cross motions for summary judgment and therefore pretrial disclosures and a pretrial order will not be necessary.

Respectfully submitted this 3rd day of August 2026.

*/s Oliver Wood*
OLIVER WOOD LAW PLLC
Oliver Wood

ADAM GUSTAFSON
Principal Deputy Assistant Attorney General

U.S. Department of Justice
Environment & Natural Resources Division

*/s Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ, Senior Trial Attorney
Natural Resources Section
ELIZABETH A. KIRBY, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
Tel: (202) 532-3266 (Perez)
Tel: (202) 353-5588 (Kirby)
Krystal-rose.perez@usdoj.gov
Elizabeth.kirby@usdoj.gov
*Attorneys for Defendants*

**IT IS SO ORDERED** that the parties' stipulation for briefing schedule (ECF No. 37) is GRANTED.

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/4/2026